HARRY ANZAI, ET AL. *v.* YOSHIO KAWAI, ET AL.

No. 4651.

July 12, 1968.

RICHARDSON, C.J., MARUMOTO,
ABE AND LEVINSON, JJ.

*Per Curiam.* The petition for rehearing is denied without argument.

*R. G. Dodge (Heen, Kai & Dodge* of counsel) for the petition.
*William F. Crockett (Crockett & Langa* of counsel) contra.